■ In the Matter of FRED HARVEY, Petitioner, v JEROME HORNBLASS et al., Respondents. — Application for a writ of prohibition (denominated mandamus), unanimously dismissed, without costs and without disbursements, and without prejudice to petitioner's right to raise the double jeopardy claim on the appeal from the judgment. No opinion. Concur — Murphy, P. J., Kupferman, Ross, Kassal and Alexander, JJ.

■ JAMES W. GIDDENS, as Successor Trustee for EDWARD S. REDINGTON, et al., Appellants, v TOUCHE ROSS & CO., Respondent and Third-Party Plaintiff. ARTHUR LEVINE et al., Third-Party Defendants. — Appeal from order, Supreme Court, New York County (Alvin F. Klein, J.), entered on February 16, 1983, withdrawn, with prejudice. No opinion. Concur — Kupferman, J. P., Sandler, Ross, Asch and Alexander, JJ.

■ M. W. ZACK METAL COMPANY, Petitioner, v SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents. — Application for a writ of mandamus, for a stay, and for other relief, denied in its entirety, the cross motion granted and the petition dismissed. All respondents submitting briefs shall recover of petitioner one bill of $75 costs and disbursements of this proceeding. No opinion. Concur — Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR CABA, Appellant. — Judgment, Supreme Court, New York County (Fitzer, J.), rendered on August 17, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross, Milonas and Alexander, JJ.

■ In the Matter of MISTER SOFTEE EASTERN NEW YORK DIV., INC., et al., Petitioners, v NORMAN C. RYP, Respondent. STANLEY BLECHER, as Trustee of CARL ELLIOTT, Proposed Intervenor. — Application for a writ of mandamus withdrawn, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Milonas and Alexander, JJ.